UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:13-CR-16-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) REASSIGNMENT ORDER |
| | ) |
| REGINALD STANCIL, | ) |
| | ) |
| Defendant. | ) |

At the direction of the Court and for the continued efficient administration of justice, the above-captioned case is hereby reassigned to the Honorable Terrence W. Boyle, United States District Judge, to conduct all proceedings in this matter.

All future pleadings should reflect the revised case number 4:13-CR-16-BO-1.

SO ORDERED, this the \_\_\_15th\_\_\_ day of March, 2013.

_____/s/ James C. Fox_____
JAMES C. FOX
Senior United States District Judge